FORM 26 Docketing Statement

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

No. 14-1417

Odorstar Technology LLC

v.

SMM Distributors LLC

DOCKETING STATEMENT

Name of the party you represent:
Odorstar Technology LLC and KINPAK, Inc.

Party is:                Appellant/Petitioner

Tribunal appealed from and Case No.:
U.S. District Court for the Southern District of Florida, Civil Action No. 0-13-CV-60136-DMM

Date of Judgment/Order:           Type of Case:  Patent Infringement
Jan. 28, 2014

Relief sought on appeal:
Reversal of the District Court's entry of summary judgment of non-infringement, denial of summary judgment of infringement, and construction of the claims.

Relief awarded below (if damages, specify):  None.

Briefly describe the judgment/order appealed from:
Denial of motion for summary judgment of infringement and entry of summary judgment of non-infringement; claim construction.

## FORM 26. Docketing Statement (continued)

Nature of judgment: <u>Final Judgment, 28 U.S.C. §1295</u>

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued: <u>None</u>

Brief statement of the issues to be raised on appeal:
<u>Whether the District Court erred in its claim construction, and in finding no infringement of the asserted claims based on this construction, and in denying Appellant's motion for summary judgment and granting Appellees' motion for summary judgment based on this construction.</u>

Have there been discussions with other parties relating to settlement of this case? <u>Yes.</u>

If "yes," when were the last such discussions?
<u>During the pendency of the case below.</u>

If "yes," were the settlement discussions mediated? <u>No.</u>

Do you believe that this case may be amenable to mediation? <u>No.</u>

If you answered no, explain why not:
<u>The judgment below provides Appellant no options with respect to the asserted patent and Appellant seeks appellate review of the District Court's claim construction decision.</u>

Provide any other information relevant to the inclusion of this case in the court's mediation program: <u>None.</u>

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 30th day of April, 2014, by Electronic Filing Federal Circuit CM/ECF

                                              PATRICK J. COYNE
                                              Name of Counsel

                                              /s/Patrick J. Coyne
                                              Signature of Counsel

Patrick J. Coyne

Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

901 New York Avenue, N.W.

Washington, D.C.  20001-4413

(202) 408-4000 (phone)

(202) 408-4400 (fax)

patrick.coyne@finnegan.com (email)

# CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Appellate CM/ECF system on April 30, 2014. Participants in the case who are registered CM/ECF users will be served by the Appellate CM/ECF system. I certify further that I caused the foregoing document to be mailed by First-Class Mail, postage prepaid, to the following recipients:

>James Whitelaw Middleton
>Smith Gambrell & Russell LLP
>50 N. Laura Street
>Suite 2600
>Jacksonville, FL 32202
>904-598-6100
>Fax: 904-598-6300
>Email: jmiddleton@sgrlaw.com
>
>Edward A. Pennington
>Sean Phelan
>Smith, Gambrell & Russell LLP
>1055 Thomas Jefferson Street, NW
>Suite 400
>Washington, DC 20007
>202-263-4307
>Email: epennington@sgrlaw.com
>Email: sphelan@sgrlaw.com

*Attorneys for Plaintiff, SMM Distributors, Inc.*

　　　　　　　　　　　　　　　　　　　　　/s/Patrick J. Coyne
　　　　　　　　　　　　　　　　　　　　PATRICK J. COYNE