Form 8

**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Odorstar Technology, LLC    v. SMM Distributorrs, LLC

No. 14-1417

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    SMM Distributors, LLC
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name:             John P. Moy
Law firm:         Smith, Gambrell, & Russell, LLP
Address:          1055 Thomas Jefferson St., NW Suite 400
City, State and ZIP: Washington, DC 20007
Telephone:        (202) 263-4337
Fax #:            (202) 263-4348
E-mail address:   jmoy@sgrlaw.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): April 7, 2005

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/1/2014
Date

Signature of pro se or counsel

cc: _____

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2014, the foregoing Entry of Appearance for John P. Moy was filed electronically via CM/ECF with the Clerk of the court and served by electronic mail on the following parties:

Patrick J. Coyne
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
Tel: (202) 408-4770
Fax: (202) 408-4400
patrick.coyne@finnegan.com

*Attorney for Appellant Odorstar
Technology, LLC*

/s/ John P. Moy
John P. Moy
Smith, Gambrell, & Russell, LLP
1055 Thomas Jefferson St., NW
Suite 400
Washington, DC 20007
Tel: (202) 403-4337
Fax: (202) 403-4348
jmoy@sgrlaw.com

*Attorney for Appellee
SMM Distributors, LLC*

SGR/11967746.1