**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 14-1417 _____

Odorstar Technology, LLC
_____

v.

SMM Distributors, LLC
_____

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  SMM Distributors, LLC; SMM Manufacturing, Inc.

Party is (select one)   ☐ Appellant/Petitioner    ☐ Cross-Appellant
                       ☑ Appellee/Respondent     ☐ Intervenor

Tribunal appealed from and Case No. 0-13-CV-60136-DMM; Southern District of Florida

Date of Judgment/Order January 28, 2014    Type of Case Patent Infringement

Relief sought on appeal None.

Relief awarded below (if damages, specify) _____
Entry of summary judgment of non-infringement

Briefly describe the judgment/order appealed from
Entry of summary judgment of non-infringement; claim construction; denial of summary judgment of infringement.

**FORM 26.  Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued
None.

Brief statement of the issues to be raised on appeal
Appellee anticipates that Appellant will raise the following issues: whether the District Court erred in its claim construction, and in finding no infringement of the asserted claims based on this construction, and in denying Appellant's motion for summary judgment and granting Appellees' motion for summary judgment based on this construction.

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☑ Yes    ☐ No

If they were mediated, by whom? _____
Jeff Lloyd

FORM 26. Docketing Statement (continued)

Do you believe that this case may be amenable to mediation?  ☐ Yes  ☑ No

If you answered no, explain why not
The judgment below provides no options with respect to the asserted patent and Appellant seeks review of the Court's claim construction.

Provide any other information relevant to the inclusion of this case in the court's mediation program.
None.

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 29th day of May, 2014

by: Electronic Filing Federal Circuit CM/ECF and email
(manner of service)

Sean T. C. Phelan
Name of Counsel

Signature of Counsel

Law Firm Smith, Gambrell & Russell, LLP

Address 1055 Thomas Jefferson St. N.W., Suite 400

City, State, ZIP Washington, DC 20009

Telephone Number (202) 263-4339

FAX Number (202) 263-4329

E-mail Address sphelan@sgrlaw.com

155

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 29th day of May, 2014, the foregoing Docketing Statement of Appellees SMM Distributors, LLC and SMM Manufacturing, Inc. was filed electronically via CM/ECF with the Clerk of the court and served by electronic mail on the following parties:

Patrick J. Coyne
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Ave., NW
Washington, DC 20001
Tel: (202) 408-4770
Fax: (202) 408-4400
patrick.coyne@finnegan.com

*Attorney for Appellant Odorstar*
*Technology, LLC*

 

                                           */s/ Sean T.C. Phelan*
                                           Sean T.C. Phelan
                                           Smith, Gambrell, & Russell, LLP
                                           1055 Thomas Jefferson St., NW
                                           Suite 400
                                           Washington, DC 20007
                                           Tel: (202) 403-4339
                                           Fax: (202) 403-4329
                                           sphelan@sgrlaw.com

                                           *Attorney for Appellee*
                                           *SMM Distributors, LLC*